JAMES MEADOWS et al., Respondents, *v.* JOHN S. MICHEL, Appellant.

*Meadows* v. *Michel*, 144 App. Div. 927, appeal dismissed.
(Argued January 8, 1912; decided January 16, 1912.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court

in the first judicial department, entered May 19, 1911, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

The motion was made upon the grounds that the notice of appeal was not served within sixty days after notice of entry of judgment and was not accompanied with the required undertaking.

*Harold Swain* for motion.

*Louis Hanneman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.